May Term,
1860.

YOUNG
v.
MOODY.

Meikel and Others *v.* Cottrell and Another.—Two Cases.

The Same *v.* Hunter.

Thursday,
August 23.

---

Young and Another *v.* Moody and Others.

Thursday,
August 23.

APPEAL from the *Jasper* Court of Common Pleas.

*Davis, Moody & Co.* brought suit on a promissory note against *Young* and another, filing a formal complaint. The record further shows that "*Hopkins,* an attorney of this Court, comes and files an affidavit and warrant to confess judgment in this behalf, which reads as follows, to-wit." The power of attorney, with the affidavit required by the statute, is then set out in the record, and is in all respects perfect. It does not appear that after proving the warrant, *Hopkins* made a formal confession of judgment; but the Court computed the interest on the note, and rendered judgment.

*Per Curiam.*—The defendant made no exception—took no steps whatever to have the error, if there were any, corrected or brought to the attention of the Court in any way. No motion for a new trial, or to correct error. The record presents no question.

May Term,
1860.

*Per Curiam.*—The judgment is affirmed with 1 per cent. damages and costs.

—— *Lee* and *G. W. Spitler*, for the appellants.

*J. E. McDonald* and *A. L. Roache*, for the appellees.